

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-22-00029-CR

Shaun Andrew **HAGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-02-12709-CR
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief is due on March 9, 2022. Before the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is **granted**. We caution Appellant that any further motion for extension of time to file the brief may be disfavored.

Appellant's brief is due on May 9, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court